UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 2 WEST, INC., On Behalf of itself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>SECURITY CAPITAL ASSURANCE LTD., XL INSURANCE, LTD., PAUL S. GIORDANO, and DAVID P. SHEA,<br>                  Defendants. | Civil Action No. 07 CV 11358<br><br>**RULE 7.1 STATEMENT**<br><br> |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 2 West, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: December 18, 2007

_____
Richard A. Speirs (RS8872)
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY 10010
(212) 223-3900