USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
2 WEST, INC., On Behalf of Itself and
All Others Similarly Situated,

        Plaintiff,

v.

SECURITY CAPITAL ASSURANCE LTD,
XL INSURANCE LTD, PAUL S. GIORDANO,
and DAVID P. SHEA,

        Defendants.
------------------------------------------------------------X

07 Civ. 11358 (DAB)

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

    IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

    1.    Defendants Security Capital Assurance Ltd, Paul S. Giordano and David P. Shea shall not be required to respond to the Complaint in this case until 60 days after the later of (i) the appointment of lead plaintiff(s) and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 or (ii) the filing of a consolidated amended complaint, subject to any further Orders of this Court.

    2.    Following the appointment of lead plaintiff(s) and lead counsel, lead plaintiff(s) shall have 60 days to file a consolidated amended complaint, subject to any further Orders of this Court.

3.    By entering into this stipulation, defendants Security Capital Assurance Ltd, Paul S. Giordano and David P. Shea do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
        January __, 2008

*/s/*

ZWERLING, SCHACHTER &
ZWERLING, LLP
Richard A. Speirs, Esq.
41 Madison Avenue
New York, NY 10010
(212) 223-3900

Attorneys for Plaintiff

Dated: New York, New York
        January 22, 2008

*/s/*

DEBEVOISE & PLIMPTON LLP
Mark P. Goodman (MG3848)
Elliot Greenfield (EG1248)
919 Third Avenue
New York, New York 10022
(212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants Security Capital Assurance Ltd, Paul S. Giordano, and David P. Shea

SO ORDERED this 22nd day of January, 2008.

*Deborah A. Batts*
United States District Judge

2