UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2008

| | |
|---|---|
| 2 WEST, INC., On Behalf of itself and All Others Similarly Situated, | : : : |
| Plaintiff, | 07 Civ. 11358 (DAB) : : |
| v. | : : |
| SECURITY CAPITAL ASSURANCE LTD., XL INSURANCE, LTD., PAUL S. GIORDANO, and DAVID P. SHEA, | : : : : |
| Defendant. | : : |

### STIPULATION AND ORDER
### EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below that:

1. Defendant XL Insurance Ltd. shall not be required to respond to the Complaint in this case until 60 days after the <u>later</u> of (i) the appointment of lead plaintiff(s) and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 or (ii) the filing of a consolidated amended complaint subject to any further Orders of this Court.

2. Following the appointment of lead plaintiff(s) and lead counsel, lead plaintiff(s) shall have 60 days to file a consolidated amended complaint, subject to any further Orders of this Court.

3. By entering into this stipulation, defendant XL Insurance Ltd. agrees to

accept service of the consolidated amended complaint, but does not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
February 15, 2008

*[signature]*

ZWERLING, SCHACHTER
& ZWERLING, LLP
Richard A. Speirs
41 Madison Avenue
New York, NY 10010
Phone: (212) 223-3900
Facsimile: (212) 371-5969

**Attorneys for Plaintiff**

Dated: New York, New York
February 15, 2008

*[signature]*

**CAHILL GORDON & REINDEL LLP**
David G. Januszewski
80 Pine Street
New York, New York 10005
Phone: (212) 701-3000
Facsimile: (212) 269-5420

**Attorneys for Defendant
XL Insurance Ltd.**

**SO ORDERED**

*[signature]*
DEBORAH A. BATTS   2/21/08
UNITED STATES DISTRICT JUDGE